# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Erik J. Falk | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 1:21cv117 |
| Fairfax County School Board | ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on May 17, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Fairfax County School Board, and against the Plaintiff, Erik J. Falk.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    Dana Van Metre
    Deputy Clerk

Dated: 05/17/2022
Alexandria, Virginia